# In the United States Court of Federal Claims

**No. 95-790 C**

**MOLA DEVELOPMENT CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed December 14, 2006, denying defendant's Renewed Motion to Dismiss, denying plaintiff's Cross Motion for Summary Judgment on Liability, and granting defendant's Motion for Summary Judgment on Liability,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's Fifth Amendment Takings and Due Process claims are dismissed. This action is dismissed. No costs.

Brian Bishop
Clerk of Court

**December 15, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.