**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MOLA DEVELOPMENT CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 95-790C** |
| | ) | **(Judge Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR**
**CLARIFICATION CONCERNING STATUS CONFERENCE**

Defendant, the United States, respectfully submits this motion for clarification concerning the telephonic status conference scheduled for Wednesday, January 3, 2007, at 3:30 p.m. We had originally filed a motion requesting a status conference for the purpose of assessing the best way to bring this case to resolution. See Defendant's Motion For Status Conference, Mola Development Corp. v. United States, No. 95-790C (Fed. Cl. Dec. 12, 2006), at 2. Counsel for plaintiff, Paul R. Franke, III, had been contacted by telephone and had indicated that plaintiff did not oppose our request for a status conference held for this purpose. The Court accordingly scheduled the status conference upon receipt of our motion.

However, two days after the Court scheduled the status conference, it issued an opinion that brought the case to resolution. Judgment was entered the following day. Accordingly, a status conference no longer appears to be necessary. Therefore, we respectfully request that the Court clarify whether it still intends to conduct the status conference.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

/s/ William F. Ryan

WILLIAM F. RYAN
Assistant Director

/s/ Sameer Yerawadekar

SAMEER YERAWADEKAR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-4696
Fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL:
WILLIAM G. KANELLIS
Trial Attorney
Department of Justice

December 20, 2006

**CERTIFICATE OF FILING**

I hereby certify that on this 20th day of December 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR CLARIFICATION CONCERNING STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sameer Yerawadekar