**Court of Federal Claims**
Case Number No. 95-790C

| | | |
|---|---|---|
| Mola Development Corporation, Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| | ) | |
| United States, Defendant. | ) | |

Notice is hereby given that Mola Development Corporation ("Mola") in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the United States Court of Federal Claims from the final judgment, based upon the Court's order on Defendant's Renewed Motion to Dismiss and the parties' Cross Motions for Summary Judgment, entered in this action on December 14, 2006.

*/s/ Paul R. Franke, III*

Paul R. Franke, III
MURRAY FRANKE GREENHOUSE LIST & LIPPITT LLP
Granite Building, Second Floor
1228 Fifteenth Street
Denver, Colorado 80202
*Attorney for Mola Development Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of February, 2007, a true and correct copy of the foregoing **NOTICE OF APPEAL** was served by United States Mail as listed below:

Mr. Sameer Yerawadekar
Trial Attorney, Commercial Litigation Branch
Civil Division
Department of Justice
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530

*/s/ Paul R. Franke, III*

______________________________