# In The United States Court of Federal Claims

| | | |
|---|---|---|
| **MOLA DEVELOPMENT CORPORATION,**<br><br>**Plaintiff,**<br><br>**and**<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION,**<br><br>**Plaintiff-Intervenor,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 95-790C**<br>**(Judge Williams)** |

**APPELLANT'S CERTIFICATE REGARDING TRANSCRIPT**

Pursuant to Rule 10(b)(1)(B), F.R.A.P., Appellant Mola Development Corporation, by and through its undersigned counsel, hereby certifies that it has not ordered a transcript of the proceedings in this matter. The civil docket for the above-captioned case reflects that the court reporter filed the Transcript of Proceedings with the district clerk on September 24, 2004. Appellant intends for the entire transcript to be included in the record on appeal.

Respectfully submitted this 21st day of February, 2007.

MURRAY FRANKE GREENHOUSE
LIST & LIPPITT LLP

*/s/ Paul R. Franke, III*

Paul R. Franke, III
Granite Building, Second Floor
1228 Fifteenth Street
Denver, Colorado 80202

Counsel for Mola Development Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of February, 2007, a true and correct copy of the foregoing **CERTIFICATE REGARDING TRANSCRIPT** was served by United States Mail as listed below:

Mr. Sameer Yerawadekar
Trial Attorney, Commercial Litigation Branch
Civil Division
Department of Justice
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530

*/s/ Annette DuPuis*