ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
FEB 21 2007
U.S. COURT OF FEDERAL CLAIMS

**MOLA DEVELOPMENT CORP.,** )
)
**Plaintiff,** )
)
**v.** ) **No. 95-790C**
) **(Judge Williams)**
**THE UNITED STATES,** )
)
**Defendant.** )

RECEIVED
OVER THE COUNTER
FEB 21 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the judgment in No. 95-790C, entered on December 15, 2006, including (but not limited to) the published decision in No. 95-790C, dated December 14, 2006.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

SAMEER YERAWADEKAR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 305-4696
Fax: (202) 514-8640
Attorneys for Defendant

Of Counsel:
WILLIAM G. KANELLIS
Trial Attorney
Department of Justice

February 21, 2007

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on February 21, 2007, I caused to be sent by facsimile and served by mail (first class, postage paid) a copy of NOTICE OF APPEAL, addressed as follows:

Paul R. Franke, III
Murray Franke Greenhouse List & Lippitt, LLP
Granite Building, Second Floor
1228 15th Street
Denver, CO 80202
Tele: (303) 623-8267
Fax: (303) 623-0960

[signature]